**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02229-LTB

HUBERT WARREN,

    Petitioner,

v.

[NO RESPONDENT NAMED],

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Motion to Proceed Without Prepayment of Fees and Affidavit (ECF No. 8), which the Court construes as a motion seeking leave to proceed *in forma pauperis* on appeal, and the Petition for Certificate of Appealability (ECF No. 9) are DENIED because the Court determined in the order dismissing this action that leave to proceed *in forma pauperis* on appeal should be denied and that no certificate of appealability will issue. Petitioner may either pay the appellate filing fee or file a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated: September 16, 2013